UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 19-09494-AS | Date | July 2, 2021 |
|---|---|---|---|
| Title | *Brian Whitaker v. Long Beach Apparel and Gifts, Inc., et. al.,* | | |

Y

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None | None |

**Proceedings (In Chambers):**     **Order Dismissing Case**

On July 1, 2021, Plaintiff filed a response to the Court's Order dated June 24, 2021, indicating that he is no longer seeking an injunction on his ADA claim. (Dkt. No. 56). Since the ADA claim is the only remaining claim in this case, (see Dkt. Nos. 54-55; Order Granting Defendant's Motion for Judgment on the Pleadings and Dismissing Plaintiff's state law claims; Order Denying Plaintiff's motion for partial summary judgment as moot ), Plaintiff's ADA claim is denied as moot and this case is DISMISSED. The July 20, 2021 hearing on Plaintiff's motion for partial summary judgment is vacated.

**IT IS SO ORDERED.**

                                                                                                                                        0     :    00
Initials of Preparer